252 F.2d 791
 A. J. BERNSTEIN, Appellant,
v.
N.O. NELSON COMPANY.
 No. 15875.
 United States Court of Appeals Eighth Circuit.
 Jan. 15, 1958.
 
 1
 Appeal from the United States District Court, for the Eastern District of Missouri.
 
 
 2
 George S. Roudebush, St. Louis, Mo., for appellant.
 
 
 3
 James H. Meredith, St. Louis, Mo., and Stuart Symington, Jr., Kirkwood, Mo., for appellee.
 
 
 4
 Appeal from District Court dismissed with prejudice at cost of appellant, on stipulation of parties.